Date: 12/10/09

Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2102 Dated 12/10/09

Case Number 03-50569 - EVELETH MINES, LLC

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| S & S SERVICE GARAGE<br>501 FAYAL ROAD<br>EVELETH MN 55734 | 000021 | 45.00 | 0.62 |
| AUTOMATIC DATA PROCESSING INC<br>8100 CEDAR AVE<br>BLOOMINGTON MN 55425-1805 | 000025 | 52.50 | 0.72 |
| ELENA GEARY<br>17 E PARKWAY ST<br>VIRGINIA MN 55792 | 000026 | 30.00 | 0.41 |
| ROBERT PULFORD<br>122 SW 2ND ST<br>CHISHOLM MN 55719 | 000036 | 295.46 | 4.04 |
| COMO LUBE AND SUPPIES INC<br>P O BOX 16987<br>DULUTH MN 55816-0987 | 000062 | 250.00 | 3.42 |
| FEDERAL EXPRESS CORP<br>ATTN REVENUE RECOVERY BANKR.<br>2005 CORPORATE AVE 2ND FLOOR<br>MEMPHIS TN 38132 | 000063 | 317.79 | 4.35 |
| WILLIAM G PEARSALL TRUST<br>C/O BANK OF OKLAHOMA NA<br>PO BOX 3499<br>TULSA OK 74101-3499 | 000091 | 144.44 | 1.98 |
| WASHBURN TRUST 1940<br>C/O BANK OF OKLAHOMA NA<br>PO BOX 3499<br>TULSA OK 74101-3499 | 000092 | 32.40 | 0.44 |
| DENISON B HULL TRUST<br>C/O BANK OF OKLAHOMA NA<br>PO BOX 3499<br>TULSA OK 74101-33499 | 000093 | 166.67 | 2.28 |
| -------- Remittance Total -------- | | 1,334.26 | 18.26 |

MICHAEL J. IANNACONE, Trustee

RECEIVED
09 DEC 11 AM 11:23
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Rec # 1597

COURT1

Printed: 12/10/09 11:51 AM    Ver: 15.05