MN-305
(10/00)

## UNITED STATES BANKRUPTCY COURT
## MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: <u>EVELETH MINES, LLC</u>

Chapter 7 Case No. <u>03-50569-GFK</u>

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CORNERSTONE ENERGY | 7 | $67,950.10 | 929.25 |
| THE ENVIRONMENTAL LAW GRP | 20 | 546.47 | 7.47 |
| DENNIS L MURR | 23 | 2,530.00 | 34.60 |
| SANDNAS BYRAN D | 32 | 390.00 | 5.33 |
| CITICORP VENDOR FINANCE | 46 | 2,937.30 | 40.17 |
| KIM A WELCH | 54 | 1,814.00 | 24.81 |
| HARNISCHFEGER CORPORATION | 73 | 10,666.92 | 145.88 |
| WATSON WYATT & CO | 88 | 17,845.00 | 244.04 |
| DULUTH MISSABE & IRON RANGE | 94 | 267,136.70 | 3653.23 |
| CASTROL INDUSTRIAL NORTH AMERICA | 105 | 41,935.78 | 573.49 |
|  |  | TOTAL | $5,658.27 |

Date: <u>March 26, 2010</u>

Michael J. Iannacone, TRUSTEE

Rec. # 1958

RECEIVED
10 MAR 29 AM 11:07
U.S. BANKRUPTCY COURT
ST. PAUL MN